UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  1:07-cv-01503-DME**

JAMES R. GARCIA,

       Plaintiff,

V.

TRAN UNION LLC,

       Defendant.

**DEFENDANT TRANS UNION LLC'S RULE 7.1(A) DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC hereby files its Disclosure Statement in support thereof would respectfully show the Court as follows:

1. Parent Companies: Trans Union LLC is wholly owned by TransUnion Corp., a Delaware Corporation.

2. No public company owns 10 percent or more of the stock in Trans Union LLC.

       Respectfully submitted,

       s/*M. Kasey Ratliff*

       BENTON J. BARTON
       CSN:  30760
       bartonb@hallevans.com
       HALL & EVANS, LLC
       1200 Seventeenth Street, Ste 1700
       Denver, CO  80202-5800
       (303).628.3300 / (303).628.3368 (Fax)

       and

>PAUL L. MYERS
>Texas Bar No. 14765100
>paul.myers@strasburger.com
>M. Kasey Ratliff
>Texas Bar No. 24041751
>kasey.ratliff@strasburger.com
>STRASBURGER & PRICE LLP
>2801 Network Blvd., Suite 600
>Frisco, TX 75034-1844
>(469) 287-3921 / (469) 227-6579 (Fax)
>
>*Attorneys for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

> **Counsel for Plaintiff:**
> Jeffrey S. Brinen
> jsb@kutnerlaw.com
> Kutner Miller Brinen, P.C.
> 303 E. 17th Avenue, Suite 500
> Denver, CO 80203

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the mannter indicated by the non-participant's name:

> None.

>                   s/ *M. Kasey Ratliff*
>                   _____
>                   M. KASEY RATLIFF