IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-1503

JAMES R. GARCIA,

Plaintiff,

v.

TRANS UNION, LLC,

Defendant

---

## STIPULATION FOR DISMISSAL

---

Plaintiff., James R. Garcia, by his counsel, Kutner Miller Brinen, P.C., and Defendant, Trans Union, LLC, by its counsel, Strasburger & Price, LLP, pursuant to Fed.R.Civ.P. 41(a)(1) hereby stipulate to dismiss the captioned lawsuit with prejudice, each party to pay its/his own attorneys' fees and costs.

Dated:  September 12, 2007

Respectfully submitted,

By:   /s/Jeffrey S. Brinen
Jeffrey S. Brinen, #20565
KUTNER MILLER BRINEN, P.C.
303 E. 17th Avenue, Suite 500
Denver, CO 80203


By:   /s/M. Kasey Ratliff
M. Kasey Ratliff, #30760
Strasburger & Price, LLP
2801 Network Blvd.
Suite 600, Frisco, TX 75034

## CERTIFICATE OF SERVICE

I do hereby certify that on this 12th day of September, 2007, I deposited a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL** in the United States Mail, postage prepaid, addressed as follows:

Benton J. Barton, Esq.
Hall & Evans, L.L.C.
1125 Seventeenth Street
Suite 600
Denver, CO 80202-2052

/s/Allison McKnight